```
                    UNITED STATES BANKRUPTCY COURT
                      FOR THE DISTRICT OF MARYLAND

IN RE:                                  :
                                        :
DANA BERNARD                            :
                                        :
     Debtor                             : Case No: 13-29724
                                        :
                                        : Chapter 13
                                        :
CARROLLAN GARDENS                       :
c/o Tidewater Property Management       :
4061 Powder Mill Road, Suite 110        :
Calverton, Maryland 20705               :
                                        :
                                        :
     Movant                             :
                                        :
v.                                      :
                                        :
DANA BERNARD                            :
5422 85th Avenue, #102                  :
New Carrolton, Maryland 20784           :
                                        :
and                                     :
                                        :
NANCY SPENCER GRIGSBY                   :
4201 Mitchellville Road, Suite 401      :
Bowie, Maryland 20716                   :
                                        :
     Respondents                        :
```

MOTION FOR RELIEF FROM AUTOMATIC STAY

The Motion of Carrollan Gardens Condominium ("Carrollan") respectfully represents:

1. Jurisdiction is based on 28 U.S.C. subsection 1334, 28 U.S.C. subsection 157 and 11 U.S.C. subsection 362(d).

2. Carrollan is a condominium located in Prince George's County and managed by Tidewater Property Management, with its principal place of business at 4061 Powder Mill Road, Suite 110, Calverton, Maryland 20705.

3.   On or about November 21, 2013 ("Debtor") filed a Voluntary Petition in this Court under Chapter 13 of the Bankruptcy Code.

4.   Nancy Spencer Grigsby is the Trustee of the Debtor's estate.

5. In November 2013 at the time of the filing of the bankruptcy, the Debtor, Dana Bernard, owned a parcel of fee simple real estate located in Prince George's County and improved by a condominium residence known as 5422 85th Avenue, Unit 102, New Carrollton, Maryland 20784. This condominium is governed by a set of Rules and Regulations, By-laws, and a Declaration of Covenants.  These documents require the Debtor to pay monthly assessments.  Moreover, the Debtor is required, pursuant to the Chapter 13 bankruptcy plan to pay all current assessments and charges as they come due.  The Debtor, however, has not paid dues and other charges to the association since the filing of the bankruptcy, despite demand therefore.

   6. The total amount due to the Movant, Carrollan, through May 2014, including attorney's fees and filing costs for post-petition amounts is $2,470.58.  This amount represents $1,754.58 in assessments, $90.00 in late fees, $176.00 in filing fees, and $450.00 in legal fees. Monthly assessments are continuing to accrue every month at the rate of $292.43.  Movant, Carrollan, is secured by a lien filed against the property.

7.   The Debtor is in default by the failure to stay current with the post-petition dues, and such other costs and fees which continue to accrue.

9.   There is little or no equity in the Debtor's residence at Carrollan.

10.   Therefore, cause exists for lifting the automatic stay imposed by subsection 362 of the Bankruptcy Code to permit Carrollan to enforce its rights because of the Debtor's failure to stay current with the post-petition payments as required under the Chapter 13 Plan and as the owner is required

to do in order to remain upon the property that is secured by a lien held by Movant.

WHEREFORE, Carrollan prays that this Court:

1. Enter an order lifting the automatic stay imposed by subsection 362 of the Bankruptcy Code to enable Carrollan to proceed with any and all collection efforts against the Debtor personally for the post petition arrearage only and/or to commence a foreclosure sale of the property located at 5422 85th Avenue, Unit 102, New Carrollton, Maryland, in the Circuit Court for Prince George's County, provided that Carrollan files a copy of the Auditor's Report and a Report of Sale with this Court; and

2. Grant such other and further relief as may be necessary.

>
> Respectfully submitted,
>
> LINDA S. MERICLE, P.A.
>
> By:_____/s/_____
>     Linda S. Mericle, Esq.
>     7600 Hanover Parkway
>     Suite 202
>     Greenbelt, MD  20770
>     (301) 474-2044
>     Attorney for the Movant

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of May 2014, copies of the notice and motion for relief from stay were served upon the party (parties) whose name(s) and address(es) are listed below:

(1) Dana Bernard
    5422 85th Avenue, #102
    New Carrollton, MD 20784
    Debtor

(2) Edward Hanlon
    5510 Cherrywood Lane, #G
    Greenbelt, MD  20770
    Attorney for the Debtor

(3) Nancy Spencer Grigsby
    4201 Mitchellville Road, Suite 401
    Bowie, MD 20716
    Trustee

                                    ___/s/_____
                                    Linda S. Mericle, Esq.