IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| | *    Case No.: 13-29724 |
|   DANA BERNARD | *    Chapter 13 |
|                 Debtor | * |
| | * |
| CARROLLAN GARDENS | * |
| c/o TIDEWATER PROPERTY | * |
| MANAGEMENT | * |
|                 Movant | * |
|   and | * |
| | * |
| DANA BERNARD | * |
|                 Respondent | * |
| | * |

**DEBTOR'S OPPOSITION TO MOTION FOR RELIEF FROM STAY
FILED BY
CARROLLAN GARDENS c/o TIDEWATER PROPERTY MANAGEMENT**

Come Now the Debtor, by and through Debtor's attorney Edward V. Hanlon, Esq., and files this Opposition to the Motion of Carrollan Gardens c/o Tidewater Property Management for Relief from Stay and states as follows:

1. Debtor does not owe the amount claimed. Debtor admits to not paying January thru May 2014 condo assessments. Debtor intends to pay June 2014 condo assessment next week.

2. Debtor believes the December 2013 condo assessment was accelerated and included in POC # 2 filed by Movant.

3. Movant's security is not adversely impaired.

4. Movant's interest in the property is adequately protected.

5.  The property is necessary for Debtor's effective reorganization.

6.  That there is very good likelihood of an effective reorganization thru this case.

7.  If in fact Debtor is behind on his payments post-Petition, then Debtor would like to work out an agreement with Movant or otherwise have this Court grant him a reasonable amount of time to bring his post-Petition payments current.

For all the foregoing reasons Debtor respectfully requests this motion be denied.

Respectfully submitted,

/s/ Edward V. Hanlon
Edward V. Hanlon, Esq.
Law Office of Edward V. Hanlon, Chartered
5510 Cherrywood Lane, Suite G
Greenbelt, Maryland  20770
(301) 474-1800

CERTIFICATE OF SERVICE

I certify that on this date one copy of the foregoing Opposition was sent ECF and/or first class mail postage prepaid to the Trustee and

Linda S. Mericle, Esq.
7600 Hanover Parkway
Suite 202
Greenbelt, MD 20770

/s/ Edward V. Hanlon                                          6/3/2014

Law Office of Edward V. Hanlon, Chartered              Date
5510 Cherrywood Lane, Suite G
Greenbelt, Maryland  20770
(301) 474-1800