IN THE UNITED STATES BANKRUPTCY COURT
IN THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE: | * | |
| | * | Case No.: 13-29724 |
| DANA  BERNARD | * | Chapter 13 |
|       Debtor | * | |
| | * | |
| DANA  BERNARD | * | |
| 5422 85th Ave #102 | * | |
| New Carrollton, MD 20784 | * | |
|       Movant | * | |
| and | * | |
| | * | |
| CARROLLAN GARDENS CONDOMINIUM | * | |
|    ASSOCIATION | * | |
| Serve: | * | |
|    Lawrence I. Wachtel, Esq. | * | |
|    1401 Rockville Pike, Suite 560 | * | |
|    Rockville, Maryland 20852 | * | |
|    *(Filer of the Proof of Claim)* | * | |
| | * | |
| CARROLLAN GARDENS CONDOMINIUM | * | |
|    ASSOCIATION | * | |
| Serve: | * | |
|    Tidewater Property Management, Inc. | * | |
|    c/o Stanley B. Greenberg | * | |
|    3706 Crondall Lane, Ste 105 | * | |
|    Owings Mills, MD 21117 | * | |
|    (*Resident Agent* for Tidewater Property | * | |
|    Management, Inc. | * | |
|       Respondent | * | |

**DEBTOR'S MOTION TO AVOID THE THREE LIENS
ON DEBTOR'S CONDOMINIUM
HELD BY CARROLLAN GARDENS CONDOMINIUM ASSOCIATION
PURSUANT TO 11 U.S.C. 506**

Comes Now the Debtor, by and through Debtor's attorney Edward V. Hanlon, Esq., and files this Motion to Avoid the Three Liens on Debtor's Condominium Held by Carrollan Gardens Condominium Association pursuant to 11 U.S.C. 506 and states as follows:

1. On November 21, 2013 Debtor commenced a case in this Court seeking relief under Chapter 13 of the Bankruptcy Code.

2. Debtor owns a condominium located at 5422 85th Ave #102 New Carrollton, MD 20784 ("House").

3. **There are no co-owners of the House.**   Debtor is the only person on the Deed to the House.  *See* attached Deed.

4. Ocwen Loan Servicing ("Ocwen") holds a first mortgage secured by a lien on the property in the amount of $95,628   *See* Schedule D

5. Tidewater Property Management, Inc., is the property manager and designated Agent for Respondent.  *See* Motion for Relief from Stay filed May 14, 2014 (D.E. #20). Linda Mericle, Esq., is the attorney for Respondent in this case.  *See* Motion for Relief from Stay filed May 14, 2014 (D.E. #20).

6. Attached is a copy of Debtor's **Credit Report** dated November 21, 2013, the date Debtor filed this case. The attached Credit Report shows that Ocwen reported to both Equifax and TransUnion that the "Balance Owing" was at least **$95,628** at the time this case was filed.

7. Respondent holds three statutory liens on the House:

    a. A Lien for recorded March 3, 2006 in the amount of $3,224;
    b. A Lien for recorded July 6, 2007 in the amount of $3,861.41; and
    c. A Lien for recorded April 12, 2010 in the amount of $5,975.00

8. The attached Prince George's County Land Records printout shows the following:

| ☑ | Date Recorded ▲ | Grantor/Grantee | Instrument Type | Book/Page | Remarks |
|---|---|---|---|---|---|
| ☐ | 2005-03-08 | Grantee: BERNARD, DANA | DEED | Book 21580, pp. 129-133 | |
| ☐ | 2005-03-08 | Grantor: BERNARD, DANA | DEED OF TRUST | Book 21580, pp. 134-153 | |
| ☐ | 2005-09-16 | Grantee: BERNARD, DANA | RELEASE | Book 22994, p. 195 | |
| ☐ | 2005-10-21 | Grantor: BERNARD, DANA | DEED OF TRUST | Book 23282, pp. 274-298 | |
| ☐ | 2006-03-03 | Grantor: BERNARD, DANA | LIEN | Book 24479, p. 115 | |
| ☐ | 2006-10-26 | Grantee: BERNARD, DANA | AGREEMENT | Book 26284, pp. 561-562 | |
| ☐ | 2007-07-06 | Grantor: BERNARD, DANA | LIEN | Book 28212, p. 279 | |
| ☐ | 2007-08-15 | Grantee: BERNARD, DANA | AGREEMENT | Book 28401, pp. 745-746 | |
| ☐ | 2010-04-12 | Grantor: BERNARD, DANA | LIEN | Book 31584, p. 532 | |

9. The Deed of Trust (the only Deed of Trust) was recorded on April 8, 2005.

10. Thus, all three liens held by Respondent were recorded *after* the recording of the 2005 Deed of Trust.

11. The value of Debtor's house on the Petition date was **$60,262**. *See* attached Zillow dated November 21, 2013, the Petition date. Thus, Respondent's three liens are totally unsecured as the Ocwen mortgage exceeds the value of the property.

> *In Summary:*
>
> *Value of Debtor's House: $60,262*
>
> *Mortgage (Ocwen) secured claim: $95,628*
>
> *Respondent's secured claim (based on the 3 liens): $13,060.41*

WHEREFORE, the Debtor prays that:

1. The Court enter an Order determining, that, pursuant to the Bankruptcy Code and the pertinent Federal Rules of Bankruptcy Procedure, the Respondent's three liens are

unsecured to the extent they exceed the value of the Debtor's aforedescribed House.

2. And for such other and further relief as this court deems just and proper.

Respectfully submitted,

/s/ Edward V. Hanlon
Edward V. Hanlon, Esq. Fed Bar No. 05757
Law Office of Edward V. Hanlon, Chartered
5510 Cherrywood Lane, Suite G
Greenbelt, Maryland   20770
(301) 474-1800

## CERTIFICATE OF SERVICE

I certify that on this date one copy of the foregoing Motion was mailed first class postage pre-paid to:

Debtor
Trustee

Carrollan Gardens Condominium Association
c/o   Lawrence I. Wachtel, Esq.
1401 Rockville Pike, Suite 560
Rockville, Maryland 20852

Carrollan Gardens Condominium Association
c/o   Linda S. Mericle, Esq.
7600 Hanover Parkway, Ste   202
Greenbelt, MD 20770

Carrollan Gardens Condominium Association
c/o   Tidewater Property Management, Inc.
Stanley B. Greenberg
3706 Crondall Lane, Ste 105
Owings Mills, MD 21117

/s/     Edward V. Hanlon                              7/14/14
          Edward V. Hanlon                            Date