11132 Winners Circle Ste 207
Los Alamitos, CA 90720
www.asuitesolution.com

**Suite Solutions**
ONLINE CREDIT REPORTING CORPORATION

Tel: (877) 311-1234
Fax: (877) 388-1234
Email: orders@asuitesolution.com

## DEBTOR INFORMATION

| | | | |
|---|---|---|---|
| Debtor: | **DANA BERNARD** | Co-Debtor: | |
| Present Address: | 5422 85TH AVE #102<br>NEW CARROLLTON, MD 20784-0000 | Bureaus Accessed: | **Equifax, Experian, TransUnion** |
| Former Address: | | | |
| Request ID: | DNKUK-4320215 | Report Date: | 11/21/2013 |

## PUBLIC RECORD INFORMATION

| Court Number | Docket Number | Date Filed | Liability | Plaintiff | Status Date | Reported By |
|---|---|---|---|---|---|---|
| **491VF00037** | **0919854** | **06/09** | | | **DISMISSED 02/01/2010** | **EFX-1 TU-1** |
| ADDITIONAL INFORMATION: DISMISSED CH-13 | | | | | | |
| 1012015 | 050200197182010 | 06/12 | $24,779 | CARROLLAN GARDENS A CONDOMINIU | | XPN-1 EFX-1 TU-1 |
| ADDITIONAL INFORMATION: PRINCE GEORGES DIST CT | | | | | | |
| 1012015 | 050200247802008 | 10/08 | $1,722 | CAPITAL ONE BANK USA N A | SATISFIED 06/05/2009 | XPN-1 EFX-1 TU-1 |
| ADDITIONAL INFORMATION: PRINCE GEORGES DIST CT | | | | | | |
| 1012015 | 050200238212007 | 07/08 | $4,412 | CARROLLAN GARDENS A CONDO | | XPN-1 TU-1 |
| ADDITIONAL INFORMATION: PRINCE GEORGES DIST CT | | | | | | |

## ACCOUNTS IN DESCENDING BALANCE ORDER

WITH A BALANCE: 19  TOTAL $306,400                                           WITHOUT A BALANCE: 25

| Creditor Name<br>Account Number<br>Loan Terms - Status | Date Opened<br>Date Last Reported | High Credit<br>Balance<br>Owing | Payment Terms<br>Account Type<br>Past Due Amount<br>Last Activity Date | Account Type<br>Reported By | Creditor Contact Information |
|---|---|---|---|---|---|
| LITONMTGSV<br>18022335<br>324 MONTHS-CHARGE OFF | 08/05<br>12/10 | $95,786<br>**$95,628** | $762<br>MORTGAGE<br>$16,327<br>11/09 | INDIVIDUAL<br>EFX-1 TU-1 | LITTON MTG SERVICE C<br>24 GREENWAY PLAZA #712<br>HOUSTON, TX 77046-2408<br>(713) 960-9676 |
| ADDITIONAL INFORMATION: | 120 SLOW-11/2010  120 SLOW-10/2010  120 SLOW-09/2010  120 SLOW-08/2010  120 SLOW-07/2010  120 SLOW-06/2010  120 SLOW-05/2010  120 SLOW-04/2010  120 SLOW-03/2010  120 SLOW-02/2010  120 SLOW-01/2010  60 SLOW-05/2009  30 SLOW-04/2009  90 SLOW-12/2008<br>CHARGED OFF ACCOUNT , REAL ESTATE MORTGAGE , BAD DEBT; PLACED FOR COLLECTION; SKIP | | | | |
| OCWENLOANS<br>7095907650<br>324 MONTHS-120 SLOW | 08/05<br>08/13 | $90,900<br>**$95,628** | $762<br>MORTGAGE<br>$45,268<br>05/09 | INDIVIDUAL<br>EFX-1 TU-1 | OCWEN LOAN SERVICING<br>1675 PALM BEACH LAKES BLVD.<br>SUITE 304<br>WEST PALM BEACH, FL 33401<br>(800) 746-2936 |
| ADDITIONAL INFORMATION: | 120 SLOW-07/2013  120 SLOW-06/2013  120 SLOW-05/2013  120 SLOW-04/2013  120 SLOW-03/2013  120 SLOW-02/2013  120 SLOW-01/2013  120 SLOW-12/2012  120 SLOW-11/2012  120 SLOW-10/2012  120 SLOW-09/2012  120 SLOW-08/2012  120 SLOW-07/2012  120 SLOW-06/2012  120 SLOW-05/2012  120 SLOW-04/2012  120 SLOW-03/2012  120 SLOW-02/2012  120 SLOW-01/2012  120 SLOW-12/2011  120 SLOW-11/2011<br>REAL ESTATE MORTGAGE , CONVENTIONAL MORTGAGE | | | | |